AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Jan 4, 2007 | |
| NAME OF SERVER Patricia Marks | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): The original complaint was served by US Mail certified return receipt requested on Dirk Kempthorne on 12/28/06

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan 4, 2007            Patricia Marks
              Date                   Signature of Server

                                     15992 AE Mullinex Rd
                                     Woodbine, MD 21797
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _David J. Shaw_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): David T. Shaw   C. Date of Delivery: 12/28/06 |
| 1. Article Addressed to:<br><br>Honorable Dirk Kempthorne<br>Secretary of the Interior<br>1849 C. Street N.W.<br>Washington, D.C. 20240<br><br>_Eastern Shawnee_ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0007 7399 9287 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540