IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EASTERN SHAWNEE TRIBE<br>OF OKLAHOMA,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 1:06-cv-02162-JR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearances of Anthony P. Hoang, Martin J. LaLonde, and Kevin S. Webb as counsel for Defendants.

    Service of all papers on Mr. Hoang, Mr. LaLonde and Mr. Webb by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    Additionally, all hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde and Mr. Webb should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3150
    Washington, D.C. 20004

Respectfully submitted this 25th day of February, 2007,

    MATTHEW McKEOWN
    Acting Assistant Attorney General

    */s/ Anthony P. Hoang*
    ANTHONY P. HOANG, FL Bar #798193

    */s/ Martin J. LaLonde*
    MARTIN J. LALONDE, IL Bar #6218249

    */s/ Kevin S. Webb*
    KEVIN S. WEBB, DC Bar #484866
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.  20044-0663
    Tel: (202) 305-0241
    Tel: (202) 305-0247
    Tel: (202) 305-0479
    Fax: (202) 353-2120

OF COUNSEL:

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on February 24, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

    Patricia A. Marks
    15992 A.E. Mullinix Road
    Woodbine, MD  21797-8440
    Fax: (301) 854-5117

    Walter J. Lack
    Brian J. Leinbach
    ENGSTROM, LIPSCOMB & LACK
    10100 Santa Monica Blvd., 16th Floor
    Los Angeles, CA  90067-4107
    Fax: (310) 552-9434

    Gregory A. Yates
    16830 Ventura Blvd, Suite 250
    Encino, CA 91436
    Fax: (818) 905-7038

    */s/ Anthony P. Hoang*
    ANTHONY P. HOANG