IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EASTERN SHAWNEE TRIBE OF OKLAHOMA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:06-cv-02162-JR ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) |
| Defendants. | ) ) ) |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF CO-COUNSEL**

To the Clerk of this Court and all parties of record:

Defendant hereby gives notice of the withdrawal of Maureen E. Rudolph as co-counsel, and the substitution of Jody H. Schwarz as Counsel of Record for Defendants in this matter. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Defendants by service upon Jody H. Schwarz in substitution for Ms. Rudolph at the address indicated below:

>Jody H. Schwarz
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone: (202) 305-0245
>Facsimile: (202) 305-0506
>E-mail: jody.schwarz@usdoj.gov

Express Delivery:

>601 D. Street, N.W.
>Room 3142
>Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang, co-counsel for Defendants.

Respectfully submitted this 11th day of January 2008.

    RONALD J. TENPAS
    Assistant Attorney General

    */s/ Jody H. Schwarz*
    JODY H. SCHWARZ, DC Bar #493998
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    Tel:   202-305-0245
    Tel:   202-305-0241
    Tel:   202-305-0247
    Fax:  202-353-2021
    jody.schwarz@usdoj.gov

    Attorney for Defendants

    OF COUNSEL:

    ANTHONY P. HOANG, FL Bar #798193
    United States Department of Justice
    Environment and Natural Resources Division
    P. O. Box 663
    Washington, D.C. 20044-0663
    Tel: (202) 305-0241
    Fax: (202) 353-2021

    GLADYS ORR COJOCARI
    Office of the Solicitor
    United States Department of the Interior
    Washington, D.C. 20240

    TERESA E. DAWSON
    Office of the Chief Counsel
    Financial Management Service
    United States Department of the Treasury
    Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL was served on January 11, 2008, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

                                                */s/ Jody H. Schwarz*
                                                JODY H. SCHWARZ