IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EASTERN SHAWNEE TRIBE OF OKLAHOMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. )<br>_____) | No. 1:05-cv-2162-JR |

**PLAINTIFF'S MOTION FOR RELIEF FROM TEMPORARY STAY
FOR THE PURPOSE OF JOINING, AND MOTION TO JOIN, THE MOTIONS FOR
TRUST RECORD PRESERVATION ORDERS FILED IN *AK-CHIN INDIAN
COMMUNITY v. KEMPTHORNE*; *PASSAMAQUODDY TRIBE v. KEMPTHORNE*; *SALT
RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE*;
AND, *TOHONO O'ODHAM NATION v. KEMPTHORNE*__**

Pursuant to Fed. R. Civ. P. 7(b), the Eastern Shawnee Tribe of Oklahoma ("PLAINTIFF") hereby moves this Court:

1. for Relief from temporary stay for the sole purpose of joining the motions for trust records preservation orders filed on April 29, 2008 in the following cases:

    a. *Ak-Chin Indian Community v. Kempthorne,* No. 06-2245 (Doc. # 37),

    b. *Passamaquoddy Tribe v. Kempthorne, et al.,* No. 06-2240 (Doc. # 31),

    c. *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.,* No. 06-2441 (Doc. # 31), and,

    d. *Tohono O'Odham Nation v. Kempthorne, et al.,* No. 06-2236 (Doc. # 31);

    and,

301358.1

2.  for an Order deeming those motions to be filed in this action, and joining PLAINTIFF in those motions.

Pursuant to Fed. R. Civ. Pro. 7(b)(1)(B) and Local Civil Court Rule ("LCvR") 7(a), PLAINTIFF states in support of this Motion the following specific points of law and authority:

1.  On April 29, 2008, the plaintiffs in *Ak-Chin Indian Community v. Kempthorne*; *Passamaquoddy Tribe v. Kempthorne*; *Salt River Pima-Maricopa Indian Community v. Kempthorne*; and, *Tohono O'Odham Nation v. Kempthorne*, filed motions for entry of trust records preservation orders. As noted in the memoranda of points and authorities in support of those motions, PLAINTIFF herein intended to join in those motions. *See, e.g., Ak-Chin Indian Community v. Kempthorne, et al.,* No. 06-2245, (Doc. # 38), at page 3.

2.  The trust records preservation order motions in those other four actions raise issues identical to issues in this action, and the <u>two principal named Defendants are the same in all of the actions</u>. Accordingly, in the interest of conserving the resources of the parties and the Court, and rather than filing a separate trust records preservation motion in this action, PLAINTIFF seeks an Order deeming the motions in *Ak-Chin Indian Community v. Kempthorne*; *Passamaquoddy Tribe v. Kempthorne*; *Salt River Pima-Maricopa Indian Community v. Kempthorne*; and, *Tohono O'Odham Nation v. Kempthorne,* to be filed in this action, and joining the PLAINTIFF in this action in those motions.

3.  However, because the Court has temporarily stayed PLAINTIFF's case until July 3, 2008 by its Order dated April 11, 2008, PLAINTIFF also seeks Relief from the temporary stay for the single purpose of joining the trust records preservation motions.

4. The Court has taken similar procedural resource conservation steps with respect to PLAINTIFF's case. The Court presently presides over sixteen cases, including this one, that share common representation:

| No. | Name of Case | Case No. | Complaint Filed |
|---|---|---|---|
| 1 | Cheyenne River Sioux Tribe | 06-CV-1897-JR | 11/8/06 |
| 2 | Crow Creek Sioux Tribe | 04-CV-0900-JR | 6/2/04 |
| 3 | Confederated Tribes of the Goshute | 06-CV-1902-JR | 11/7/06 |
| 4 | Eastern Shawnee Tribe of Oklahoma | 06-CV-2162-JR | 12/20/06 |
| 5 | Iowa Tribe of Kansas and Nebraska | 06-CV-1899-JR | 11/7/06 |
| 6 | Lower Brule Sioux Tribe | 05-CV-2495-JR | 12/30/05<br>6/30/06 (1st Amended) |
| 7 | Muscogee (Creek) Nation of Oklahoma | 06-CV-2161-JR | 12/20/06 |
| 8 | Northwestern Band of Shoshone | 06-CV-2163-JR | 12/20/06 |
| 9 | Omaha Tribe of Nebraska | 04-CV-0901-JR | 6/2/04 |
| 10 | Oglala Sioux Tribe | 04-CV-1126-JR | 6/2/04 |
| 11 | Prairie Band of Potawatomi Nation | 05-CV-2496-JR | 12/30/05 |
| 12 | Red Cliff Band of Lake Superior Chippewa | 06-CV-2164-JR | 12/20/06 |
| 13 | Rosebud Sioux Tribe | 05-CV-2492-JR | 12/30/05 |
| 14 | Stillaguamish Tribe of Indians | 06-CV-1898-JR | 7/11/06 |
| 15 | Winnebago Tribe of Nebraska | 05-CV-2493-JR | 12/30/05<br>6/30/06 (1st Amended) |
| 16 | Wyandot Nation of Kansas | 05-CV-2491-JR | 12/30/05<br>6/30/06 (1st Amended) |

Although the cases were filed on different dates, by Order dated April 11, 2008, the Court permitted all sixteen cases to stay until, and the parties to file joint status reports on the same date of, July 3, 2008.

5. The Court has also taken similar procedural resource conservation steps with respect to previous motions. *See, e.g., Ak-Chin Indian Community v. Kempthorne*, No. 06-2245, Order of July 2, 2007, at page 4 ("those cases in which the government files such a [remand] motion will be consolidated for the limited purpose of the remand motion . . . ." (Doc. # 16); *id.* Order of August 23, 2007, at page 4 ("A principal brief need be filed only in one of the pending 37 cases and will be deemed filed in all of them.") (Doc. # 21); *id.* Order of December 19, 2007, at 5 ("Pursuant to Fed. R. Civ. Pro. 42(a), I consolidated the cases for the limited purpose of resolving the remand motion.") (Doc. # 26).

6. Joining PLAINTIFF in the motions for trust record preservation orders does not cause the defendants prejudice. This is because, whether or not PLAINTIFF is joined, the defendants will have to oppose the motions in *Ak-Chin Indian Community v. Kempthorne*; *Passamaquoddy Tribe v. Kempthorne*; *Salt River Pima-Maricopa Indian Community v. Kempthorne*; and, *Tohono O'Odham Nation v. Kempthorne*.

7. Moreover, relieving PLAINTIFF from the temporary stay and permitting it to join the motions in those other four actions, would ensure that whatever rulings this Court reaches with regard to those motions would apply consistently to PLAINTIFF's case.

Defendants have represented to PLAINTIFF'S counsel that Defendants intend to oppose the Motion and relief sought.

Pursuant to LCvR 7(c), a Proposed Order is submitted with this Motion.

Respectfully submitted this 2nd day of May, 2008,

/s/
Brian J. Leinbach, Esq.
California State Bar No.161739
bleinbach@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: (310) 552-3800
Fax: (310) 552-9434
**Attorney for Plaintiff**

OF COUNSEL:

Walter J. Lack, Esq.
California State Bar No. 57550
**wlack@elllaw.com**
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: (310) 552-3800
Fax: (310) 552-9434

Patricia A. Marks, Esq.
U.S. District Court Bar No. 446702
Markspattyesq@aol.com
15992 A.E. Mullinix Road
Woodbine, Maryland 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

Thomas V. Girardi, Esq.
California State Bar No. 36603
sfujimoto@girardikeese.com
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

Gregory A. Yates, Esq.
U.S. District Court Bar No. 001
California State Bar No. 63259
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

> Anthony P. Hoang
> Michael D. Thorp
> Jody H. Schwarz
> Martin J. Lalonde
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington DC 20044-0663
> Tel: 202-305-0241
> Tel: 202-305-0456
> Fax: 202-353-2021

This 2nd day of May, 2008.

/s/ Linda Stark
LINDA STARK